```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   INFORMATION
                                 :
            - v. -               :   07 Cr.
                                 :
DON MAY,                         :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```

ORIGINAL

APR 1 2007

### COUNT ONE

The United States Attorney charges:

1. From at least on or about November 11, 2005 up to and including on or about August 29, 2006, in the Southern District of New York, DON MAY, the defendant, unlawfully, willfully, and knowingly did possess a book, magazine, periodical, film, videotape, computer disk, and other materials that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, approximately 147 video files and 37 still image files containing images of child pornography.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

USDC SDNY
ELECTRONICALLY FILED

MICHAEL J. GARCIA
United States Attorney