CH EXH 1
4/18/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | APR 1... |
| DON MAY, | : | 07 Cr. |
| Defendant. | : | **07 CRIM. - 316** |

------------------------------x

DON MAY, the above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(5)(B) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:  White Plains, New York
       April 18, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____