UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       -against-                              :        07 Cr. 316 (CLB)(LMS)

DON MAY,                                     :

               Defendant.                :

----------------------------------------------------------x

<u>Brieant, J.</u>

ORDER ACCEPTING PLEA ALLOCUTION

     The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated May 10, 2007, is

approved and accepted.

     The Clerk of the Court is directed to enter the plea.


SO ORDERED.

Dated:      May 14, 2007
           White Plains, New York


                                    Charles L. Brieant
                              United States District Judge