LAW OFFICE OF
HENRY PUTZEL, III

565 FIFTH AVENUE  
NEW YORK, NEW YORK 10017-2413

TELEPHONE (212) 661-0066  
FACSIMILE (212) 661-0415

July 5, 2007

<u>Via Federal Express</u>  
Honorable Charles L. Brieant  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

Re: <u>United States v. Don May</u><br>07 Cr. 316-01 (CLB)

Dear Judge Brieant:

    In connection with the forthcoming sentence to be imposed upon the defendant Don May, I enclose herewith letters written to the Court with respect to Mr. May. These letters include copies of the evaluation of Mr. May prepared by Richard B. Krueger, M.D. and a forensic examination of Mr. May's computer prepared by John W. Simek, as well as letters from family and friends concerning the defendant. I expect to submit my Sentencing Memorandum in this case shortly. I thank Your Honor in advance for your consideration of the enclosed.

Respectfully,<br><br>
Henry Putzel, III

Enclosures  
cc:    Richard Tarlowe, Esquire  
      Assistant United States Attorney

      Ms. Michelle Greer Bambrick  
      Senior United States Probation Officer

      Mr. Don May