UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-                                     07 CR 316-01 (CLB)

DON MAY,

            Defendant.

------------------------------------------------------------x

[Stamp: U.S. DISTRICT COURT JUL 24 2007 S.D. OF N.Y.]

LETTERS TO THE COURT SUBMITTED
ON BEHALF OF
**DEFENDANT DON MAY**

Dated:    New York, New York
             July 5, 2007

                                                Respectfully Submitted,

                                                HENRY PUTZEL, III
                                                Attorney for the Defendant
                                                    Don May
                                                565 Fifth Avenue
                                               New York, New York 10017
                                               Telephone: 212-661-0066
                                               Fax: 212-661-0415

# Letters to the Court Submitted
# on Behalf of the Defendant Don May

| | |
|---|---|
| **TAB A** | RICHARD B. KRUEGER, M.D.<br>THOMAS F. HOPKINS, PH.D. |
| **TAB B** | DALIA MAY<br>GABRIELLE MAY<br>SYCAMORE MAY<br>MICHELLE BERGER<br>DAWAH LAMA<br>SUSAN AND BOB GOLDBERG<br>AMY FALK<br>DEBRA GALLOWAY<br>RABBI STEVEN KANE<br>MARK WEISSER<br>CATHRYN PATRICOLA, PH.D. |
| **TAB C** | DAVID BROMBERG<br>JEFFREY BALIBAN |
| **TAB D** | JOHN W. SIMEK |