Exhibit B

## Irvington High School

*Dalia O. May, Ph.D.*                                           40 North Broadway, Irvington, NY 10533
*School Psychologist*                                                                  (914) 591-2587
Dalia.May@irvingtonschools.org

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant

     I would like to take this opportunity to address the court on behalf of my husband Don May, whom I love and support whole heartedly, our daughters Sycamore and Gabrielle, and myself (our family unit) to plead for your understanding and compassion in your sentencing of Don.

     Don and I fell in love and got married very young and we held off on building a family for over 11 years into our marriage until both of us felt very strong in our ability to maintain healthy relationships and be completely devoted to our roles as parents. This was primarily due to the fact that both of us came from families that were not very emotionally healthy. My parents divorced when I was a teenager and Don's background of family mental illness is quite pervasive. Two of Don's aunts committed suicide and Don's mother was successful at committing suicide following many failing attempts. Don who loved his mother very much was never able to reconcile her death and at some point blamed himself for being non-supportive towards his mother when she was struggling with her own emotional demons. Don was also abandoned by his mother when he was younger when she decided to immigrate back to Israel and he stayed to live with his father in Chicago. Despite the very strong bond that was created between Don and his father there was a great deal of neglect when Don was left much of the time to fend for himself at a very young age while his father was at work and traveling on a monthly basis to Israel.

     Don was able to pursue a higher education and work consistently throughout our married lives. I attained my PhD in School Psychology in 1997 and have been the School Psychologist at Irvington High School in New York State for the past five years. We decided to become a family and Don was extremely excited about becoming a father and taking care of our girls. As the girls matured and Don's professional life turned to include extensive travel time he became extremely apprehensive about traveling and leaving his family behind. He became anxious and developed severe panic attacks connected to his traveling and being away from the girls. The girls were also not doing very well with their father gone on business trips and at some point we decided that for the mental health of all of us we need for Don to avoid a traveling job and despite the significant financial cut back we need him to stay with us. The next major transition for us as a family was when we realized that the type of education we wanted for our girls would be accomplished in a different community. Our move was stressful and in addition to moving to an older home the emotional factors lingered for a while until we were able to help both our

daughters create new friendships and work their way into the new community. This was an effort that both of us had to put many resources of communicating with parents and school personnel to make the transition as successful as possible. At this stage we have two emotionally stable young daughters who are busy building their lives in this very demanding though supportive community with the love and care of both their parents.

Don's breakdown and excessive use of drugs became troublesome when his father died a sudden and very painful death. This was shocking to all of us. However, to Don who relied on his father for his daily phone conversations, this was an irreplaceable loss. Don sunk into a very dark abyss that none of us could lift him from. Although he was generally depressed and displayed some mood disorder tendencies before this grave loss, his father's death was the catalyst of his sinking into a place that we could not find him. Despite his struggle with his tremendous loss and the decision he had to make to disconnect his father's life support and seeing his relatively young father who was so energetic and involved one day and then laying dead the other was devastating and crucial to the events that took place at that time. Don continued to be very involved with the girls and poured himself into his work and being involved with the girls and their sports and other activities. Don was at first self medicating and despite the fact that he was in psychiatric treatment his self medication turned very quickly into significant drug abuse. Although at no time did I feel that he was endangering the safety of the girls, his own mental state was very shaky and he was sinking into a tremendous depression which presented in many cases as a type of careless risk taking in pursuing things that would not affect us as a family but would be considered inappropriate if taken outside of this confine.

In addition to the fact that our core family is the only domestic body that we have to rely on in this area, I would like to share with you that our younger daughter, Gaby, has a condition that although not formally diagnosed affects her and us as a family every day of our lives. Gaby tends to become extremely anxious when any of us, Don especially, is not around the house. She gets anxious when she does not know when her father would arrive home and she became extremely nervous and frightened when he had to travel for his business. This is one of the reasons Don had to choose to look for jobs that would allow for limited or no travel time. Gaby's fears turn into obsessive characteristics that she then turns into repeated compulsive behavioral patterns in the past these issues would improve only when our routine at home became stable again.

Sycamore, her older sister, was diagnosed with Tourette 's syndrome with Attention Deficit Disorder when she was ten years old. Both our daughters are not medicated and the way we help them manage their distinct conditions is by keeping our routine very structured and our close supervision is relentless, something that cannot be accomplished with only one parent who needs to continue to work in order to maintain the financial existence of the family. Sycamore is a very creative adolescent who is involved in music and creative writing at school. She is facing a very delicate stage in her life at this junction, she is completing the eighth grade at the middle school and is moving on to high school. Sycamore is extremely attached to her father, and Don is a perfect balance to my demanding and persistent maintenance of Sycamore's consistent work habits, school performance, as well as social interactions. At times Sycamore tends to make many self deprecating remarks and experiences remarkable mood swings. She is an extremely sensitive girl who gets hurt very easily by the social intricacies that are so special at her age

group and Don is the one person whom she feels most comfortable sharing her pain with many times.

Don has been very loving and supportive of the girls in all their social events, sports, numerous other activities as well as their emotional development. He participates in attending events, coaching, transporting, and just being present and involved in their lives. Not having his help this year due to his home arrest was a tremendous strain on us as a family but the fact that he was home was very supportive. Don who has coached Gaby's softball team in the past was not able to do it during this season. This created an almost devastating effect for her to the point that she decided not to play softball, which she loves. Ultimately, we were able to convince her to continue playing despite Don's inability to either participate or coach.

Don has been a very involved father, many of our acquaintances were always impressed by his commitment and dedication to the girls and how he was always there for them. This is the most important maybe even essential part of his existence and taking that away from him and the girls will absolutely be devastating to all of us. Don is also a support as a moral compass to the girls. We try to instill in them the importance of helping other people around us, be it people with disabilities or other ailments. As a family we volunteer our time to socialize puppies for the 'Seeing Eyes for the Blind' agency. This year we were not able to help that much because Don was not able to help transporting the puppies. This was unfortunate because the girls loved having this activity as part of our family experience and Don was an integral part of this experience. We also participated in such activities as 'Walk for Breast Cancer' to collect money and raise awareness for this cause, the Darfur rally in Washington DC and the annual 'Walk to support Israel' in NYC. As a family we support the state of Israel as well as these other causes to expose our daughters to the community at large in this country as well as around the world.

In the past several years we were able to create a very delicate balance with both our daughters and due to the fact that we do not have any extended family in this area, Don was an essential member of this very cohesive and small family unit. Don is an excellent father who I love very much and is always able to create a positive structure for the girls that allows us to raise them to be the beautiful young ladies that they turned out to be.

I am pleading with you to help us maintain the balance of our loving family because despite all the difficulties that we have been facing recently, we still have been able to maintain strong family lives for our daughters and are committed to doing so in the future. I am terrified of the thought of not having Don around to help me raise our children.

Thank you for reading this letter and considering this information in your decision.

Respectfully,

Dalia O. May

May 11, 2007

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant

My name is Gabrielle May and I am the 12 year old daughter of Don and Dalia
May. My father explained to me that he did a bad thing on the internet and that
you will be sentencing him for this pretty soon. I am writing this letter to tell
you about my father in the hope that it will influence the sentence you impose.

My dad is a great father. He is always supportive of me and he helps guide me
in school and life in general. He teaches me right from wrong and always,
makes sure I do my homework and eat healthy before anything else. Whenever
I get home from school, I always call him and we talk about our day. He helps
me with my homework, and used to coach my softball team and come to all my
soccer games and school activities. He makes sure I eat healthy and is always
there to help me with school projects. I am a very good student in both regular
and Hebrew school and a lot of this has to do with the support I get from both
my mom and dad.

When my dad is away, I feel very sad and anxious. I loved it when he worked
from home because he would be there when I got home and even though we
did not necessarily do anything together, the fact that he was home made me
feel happy and secure.

This past year has been very hard because my dad was placed under house
arrest and could only go to work and religious services. He could not coach my
team and missed many of my school events as well as soccer and softball
games. We used to take walks together and talk while we exercised. He used
to take me to the batting cages and help me become a better softball player and
now we can not do this anymore.

I wish you could know my dad like I know him. He made a terrible mistake but
is a very good person who would never ever hurt anyone. I can not even
imagine not having my father around to help and support me. I hope you will
consider this when you make your decision.

Sincerely,

Gaby May

Gabrielle May

May 10, 2007

Honorable Charles L. Brieant
United States District Court
3000 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant,

My name is Sycamore May. My parents are Don and Dalia May. I understand that my father will be sentenced by you for the possession of child pornography. I am writing on my father's behalf to provide you with some information that I hope you will consider when imposing his sentence.

Although my father has made some bad choices, you must understand he is an amazing person. Without him I wouldn't be able to get through the day, he puts a smile on my face and he has faith in me. Sometimes I feel like he is the only person I can come to with my problems and I'm so lucky that he is always there for me. We share the same interests in so many things, we share books and personalities.

There are so many things I could not imagine doing without him. He takes me to the various activities that occupy my time during the week. He supports me through dance, softball, soccer, and acting. But most importantly he helps me with school work and projects that I can't understand.

My dad isn't just my parent but he is my best friend, he gives me good advice on friends and many other important things. He also enjoys discussing real issues with me, such as the news and something as simple as music.

I know that my dad really cares about what I love to do because after every concert or recital that I have, he not only congratulates me on my performance but he points out the things I did well and sometimes what I have to work on. He gives me the constructive criticism that I love to hear.

My dad is great because whenever I am frustrated with a math problem he tells me that there is no rush to be good at math. This makes me feel better because I am not pressured to feel like I have to be amazing at math and can take everything one step at a time.

I hope that this letter will help you in deciding my father's sentence.

Sincerely,

Sycamore May

May 23, 2007

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant

My name is Michelle Berger and I am Don May's sister currently residing near Tel-Aviv
Israel. I have known Don May his entire life since I am four years older than him. I also
have three older children of my own who live in Israel and California. I understand that
my brother Don May will be sentenced by you for possession of child pornography. I
am writing on his behalf to provide you with some information that I hope you will
consider in imposing his sentence.

Don has always been a very kind and loving person and father even though he has not
had an easy life. When he was two years old he nearly died of meningitis and was
hospitalized for several weeks and had balance problems until the age of 12. During
Don's stay at the hospital he was physically tied down and was not allowed to see his
mother or father for several weeks because he was under quarantine. This experience,
I feel, affected Don tremendously because he became very anxious and insecure
throughout his life subsequent to his hospitalization.

We have a long history of severe depression in our family including three suicides, and
Don did not always get the support needed from his mother or father as he grew up.
Don was always a great student in school and always completed all his work before
play, receiving very good grades throughout his elementary school days.

When I was about 12 years old, I suffered from severe obsessive compulsive disorder
that all the psychologists could not cure but my 8 year old brother could. I would always
need to check everything before getting on the school bus and at some point Don
stopped me from doing this and promised to check it himself. Over time, his act of
kindness and caring cured me of this severe problem and I will never forget how he
saved me.

In 1973 my Mom left for Israel to live there for the remainder of her life and I joined her
one year later when I graduated from high school. Don wanted to also join us, but it
was determined by my father and mother that he would stay with my father in Skokie,
Illinois because otherwise it would have been too difficult for my father to live on his
own. However, because my father had his own business, worked long hours and
would visit my mother on a monthly basis, from the age of 13, Don was basically left to
fend for himself. He learned to become independent even though he became sad and
lonely and did not benefit from any parental supervision.

At age 15 Don became heavily involved in alcohol, marijuana and cigarettes. His
school performance declined and he drifted. Because of his intellectual ability he was
still able to graduate from high school, attend college and work towards a career as a

pilot which he was able to accomplish by becoming a flight instructor in three months and after building flight hours became a corporate pilot for my father's business at the age of 20 and for CBS news in Israel at age 21.

In 1981, at age 21 Don came to Israel on a college exchange program where I introduced him to his future wife Dalia who was a schoolmate of mine at a teachers college.   They fell in love and got married on July 4th in 1982, but one condition of their marriage that Dalia imposed was Don had to quit all drug use and cigarette smoking.  Because he loved Dalia so much and wanted a family with her, Don quit cold turkey and remained that way for approximately the next 20 years.  Don and Dalia will celebrate their 25th wedding anniversary in July of this year.

Don and I became much closer in 1993 when his first daughter Sycamore was born and then when his second daughter Gabrielle (Gaby) was born in 1995.  Don is one of the most dedicated and devoted fathers I have ever seen.  He gave up a very lucrative career on Wall Street to become a college professor partly in order to be able to spend more time with his family and a desire to serve society instead of just to make money while never seeing his family.  He received his PhD from the University of Chicago in June of 1993 and began a career as an assistant professor of economics and finance at MIT in the Fall of 1993.

Dalia was eight months pregnant when they moved from Chicago to Boston, and their daughters where both born in Boston when Don was still a professor at MIT.   To this day, Don and Dalia have never taken a non-business trip or vacation without their girls and Don has always loved being a father more than anything else.   I remember him telling me "you think that you will be their teacher, but you wind up learning so much more from them."

In 1998, Don left academia to pursue a consulting career with a large public accounting firm.  Although this career was very lucrative, when Don found out from Gaby's kindergarten teacher that his travels were affecting her in school, he immediately sought a lower paying job which would allow for less travel and more time with his family.  At one point just before he was to travel to Japan for his old job, Don had an anxiety attack because he was concerned about leaving his children (he also suffers from claustrophobia).

Initially, my mother was very much against Don's getting married to Dalia.  As a result, Don and my mother became somewhat estranged.   When Dalia and Don moved to Chicago in 1983 to pursue their education, my mom became very depressed and tried unsuccessfully to commit suicide with sleeping pills on several occasions.  Don always thought these attempts were just cries for attention.  However, in May of 1997 my mother successfully committed suicide by jumping from the penthouse of my parent's apartment in Tel-Aviv Israel.  This tore us all apart but Don especially felt guilty because he did not get a good chance to get to know his mother and because he did not take her previous attempts as seriously as he felt he should have.  Shortly after this time Don fell into a deep depression and began self medicating himself with alcohol and marijuana.  At my urging Don finally sought the help of a psychiatrist whose medication initially helped Don put his mental condition back in order.

In October of 2004, my father died in a freak accident and this also devastated Don who was very close to my father and was ultimately responsible for taking my father off of life support as his legal medical surrogate, one week after my father's fall. Immediately after that time, Don found a job in litigation support where he was able to use his academic skills and still have time for his family. The new job took his mind off of my father's death for a short period of time. However, about one year later, around November of 2005, because he was very close to my father and we would always get together for the Holidays, Don stopped taking his medication and began using alcohol and marijuana heavily. I strongly believe that this led to his lack of judgment and self destructive behavior at that time.

However, for the sake of his family, Don quickly pulled himself back together after the holidays and got back on his medication.

Prior to being placed under house arrest on October 6, 2006, Don never missed any of his children's sporting events, concerts and any other activities for which they needed his support. He helped them with school projects and homework, coached both daughters' softball teams for five years while working full time. When Don realized he could no longer effectively help his daughters with their studies he hired a professional teacher to help them on a weekly basis which is still ongoing. When the family moved to Westchester county New York in 1998, Don did not know much about the school systems. Once he found out that the area where the family lived was not part of a good school system he moved the family to Chappaqua and bought a much more expensive house of lower quality than their previous house, solely for the purpose of making sure his children would attend high caliber public schools.

Don is also of very high moral character. For example, while working in a corporation that helped distressed firms, he had inside information on companies that were going to file for bankruptcy prior to any public announcements. Don told me that he would never use such information even though he could have personally profited from it, because he felt strongly that it was unethical and illegal to do so.

Don is one of the kindest and most charitable people I know; he regularly contributes 3% to 5% of his income to charity (about $36,000 of contributions over the last 5 years). In addition to money Don regularly gives his time and possessions to charity. He regularly participates in walks for cancer and rallies to end the genocide in Darfur. The entire family is also active in volunteer work for the Guiding Eyes for the Blind Dog program.

Since Don, Dalia, Sycamore and Gaby have no extended family nearby; they do almost everything as one family unit and depend on each other very much. Separating Don from his wife and children for an extended period of time would do great harm to Don, his wife and most importantly young daughters. Don needs to be around to continually support and guide his older daughter Sycamore who has Touretts syndrome accompanied with Attention Deficit Disorder and will be entering high school in September. I am especially concerned about Don's younger daughter Gaby, who is very dependent on Don and is in constant contact with him, even when he is at work.

Recently Dalia, Sycamore and Gaby went to visit my oldest daughter in California.  Don obviously could not go with them due to his house arrest.   Gaby called Don at least twice a day to talk about her adventures and just to hear his voice.

Your honor, I beg you to consider all of these factors in deciding the appropriate sentence for Don May my brother who is an unbelievably supportive, loving and caring father and is a productive member of society despite his very difficult and dysfunctional upbringing.  I strongly believe Don made a very stupid mistake at a time when he was in a very bad psychological state.  I have known Don all my life, I love him very much and he is an incredible brother and very important to me.  He has baby sat for my children and I have seen him in action as a coach and father.  Don would never even think about harming a child and is one of the kindest most caring and charitable people I know.


Sincerely,

Michelle Berger

May 23, 2007

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

As dictated to Dalia O. May

Dear Judge Brieant

My name is Dawah Lama and I have been a live-in housekeeper and nanny for the May family since 1998, shortly after they moved from Boston to New York. Since I have worked and lived with the May family for nine years, I am writing to express to you my feelings about Don and the May family.

Don and Dalia brought me in to live with their family nine years ago because they both have very demanding jobs and their children have special needs that require someone with them at all times. Since I have lived with the May's for so many years, I know them very well and can tell you that they are a great family, with two wonderful girls who have been brought up very well.

Don is a very good person. Although there was a lot of teaching and training involved in my position with the May's, Don would always be very patient with me and never so much as raised his voice when I did something wrong.

Don helped me get my green card by working with my lawyer because at that time my English was very limited. He also set up and paid for a headset phone with my own phone line so that I could continue working while staying in contact with many of my family and friends because he knew how important this was for me.

His father Louis would visit from Florida on a regular basis and would always be around during the Holiday seasons. Don was very close to his father and they would speak on a daily basis (sometimes several times a day). Don's father was also a very kind and generous person and I would enjoy his routine visits.

Don is a very devoted and dedicated father. When Don's father fell on his head and died in October of 2004, Don came back from Florida and was very sad. He started a new job that kept his mind off this terrible tragedy until the following November when it was near Thanksgiving and his father was scheduled for his holiday visit. During that time, Don was not himself; he kept to himself a lot and was very withdrawn.

Don is very charitable with both his time and money. I have helped them when they brought in puppies as volunteer work for Seeing Eyes for the Blind and have attended most of the girls concerts and events which Don never misses (until his recent house arrest). Although Don was able to participate in Sycamore's

September 2006 Bat Mitzvah, after his house arrest in October 2006, he was devastated when he could not participate in her 13th birthday party celebration or other future events from that point forward.

Don's younger daughter Gabrielle is very dependent on him.  Even prior to switching jobs when Don was on business trips to all areas of the world, Gabrielle always needed to speak with him.   Sycamore depends on Don to stay focused and he often helps them both with their school work as well as volunteering for school related events. Don is always very involved in his daughters' lives in a very supportive manner.

Don is also very concerned that his daughters eat and maintain healthy habits. Exercise, fruits and vegetables are required and Don always makes sure all healthy habits are completed before non-healthy treats are allowed.  He even gets up extra early and prepares their school lunches every day because he wants to make sure they eat nutritious meals. When the girl's friends come over Don helps and knows the friends names and is always willing to help them with school projects preparation, even taking time off from work if a special assignment must be completed.  The girl's friends are always welcomed in our home and love to come over to the house and stay with the family in a healthy, fun and nurturing environment.

Don is a very good person and his daughters depend on him very much.  I hope you will consider all of this in your sentencing decision.

Sincerely,

Dawah Lama
914-238-6333

May 14, 2007

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant

We understand that Don May will be sentenced by you for possession of child pornography. While we understand the serious nature of this offense, we are writing to you in the hopes of offering a picture of the Don May that we have known for almost five years – the Don May who is an outstanding husband, father, neighbor and friend.

We have lived in Chappaqua for over 20 years – Bob is a lawyer for a multinational company and Susan is a freelance magazine writer. We have two children, ages 14 and 20, and we are both extremely involved in school and community organizations.

We met the Mays in 2002 when our daughter and their oldest daughter, Sycamore, became friends at summer camp. Through the girls, we met and began a friendship with Don and Dalia, who had just moved to our town. There were many things that we liked about them, but what struck us the most was this: in a town where many people are too busy to spend time with their kids, Don and Dalia May are clearly very involved and loving parents.  Don could always be counted on to attend every softball game, every orchestra concert and every school event, but what's more, he could frequently be seen spending relaxed, unstructured time with his family  -  taking the girls to Community Day or to school,  or just out walking with them and their dog Henry. In fact, it soon became clear that Don was too soft-hearted to ever leave Henry home alone and the two of them have became a conspicuous fixture around our town. We know Don to be the kind of dad who makes sure to prepare grilled vegetables for his daughter and her vegetarian friends and to patiently help research and videoptape the girls' school projects. We also know him to be a dedicated coach for his daughters' sports teams.

During the spring of 2005, Don was our daughter's softball coach (in fact it was only with his help and intervention that we were able to sign her up at all). What we appreciated most about Don as a coach was his gentle attitude and lack of over competitive zeal – he rotated the girls in and out of the game fairly, and gave them reinforcement for trying, for working together and being good sports. He never spoke harshly to a player or said a negative word about the opposing team or the umpire. His goal was to help the girls have fun, not to crush the other team.  But that didn't prevent him from being overjoyed on the rare occasions that the girls pulled together to execute a decent play – there was one time when an almost accidental triple play made Don as happy and excited as any of the girls on the team.

But what clearly makes Don the happiest is his family. With no extended family living nearby, the four Mays are extremely close to and supportive of each other. Even as outsiders, we can see how important Don is to his family. At our daughter's bat mitzvah in 2006, there were no children present who were the same age as Gaby (their younger daughter) and she was visibly uncomfortable – she stayed at Don's side throughout most of the party, clearly comforted just by being with him. We have always known Sycamore to be close with her father.  And Dalia - who is a tireless and devoted mother, with a demanding career of her own –  definitely depends on Don to help fulfill her children's emotional and material needs.

But the Mays are not just attentive parents – they are also good parents. We have always admired the values that Don and Dalia have fostered in their daughters.  Sycamore and Gaby both  are polite. accomplished and  inordinately good hearted girls -  attributes that have clearly been instilled by their parents. On several occasions we have visited the May's when the girls have taken in puppies from The Guiding Eyes to socialize before training. Sycamore refuses to eat meat or wear leather – it seems safe to assume that at least some of this altruism and social conscience must have come from her father.

In closing, we would just like to offer this: as parents, we are highly protective and vigilant about the well-being of our children. Our daughter has been a guest in the May home on many occasions – she has played there, been to parties there and done her homework there, and we would allow her to do so in the future. We hope you will take all of this into consideration when you are determining Don's sentence.

Sincerely,

Susan and Bob Goldberg

21 Carolyn Way
Patterson, NY 12563
May 20, 2007

Honorable Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant:

I understand that you will be sentencing Don May this July, and I am writing as a friend of the family, in the hope that you might show leniency in sentencing Don. I am a schoolteacher at Irvington High School and have worked closely with Don's wife, Dalia, for the past five years. I have seen Don interact with his two girls and their friends on numerous occasions. In all this time, I have seen him as a devoted, loving and compassionate father.

I am aware of the severity of the crime Don has pled guilty to. Please understand that in showing mercy in your sentencing that not only are you showing mercy for Don himself, but you are also showing mercy for his wife, Dalia and his two daughters, Sycamore and Gaby. Dalia, Sycamore and Gaby know Don better than anyone else in the world, and they stand by him through all this. The girls are at an age in which they need their father in their life. Although Don's actions have jeopardized his ability to be a daily presence in his children's lives, I think it is important that the impact of Don's sentence on his family, especially on his two young daughters, is something that this Court consider.

Recently, I attended the Bat Mitzvah celebration of Don's older daughter, Sycamore, and I saw how proud he was of her. It is overwhelming to think that his younger daughter Gaby may not be able to share the joy of her Bat Mitzvah with her father. I do not believe for one second that these outstanding young girls could have developed into the young women they are without the loving guidance and steadfast support of their father. Please consider that although it is your duty to impose sentence on defendant Don May, you will also be imposing sentence on Don May, husband and father. It is in this regard that I ask you to show leniency.

Very truly yours,

Amy Falk

Debra Galloway
480 Benedict Avenue
Tarrytown, New York  10591
May 6, 2007

Honorable Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York  10601

Dear Judge Brieant,

I understand that Don May will be sentenced by you for possession of child pornography which I know is a very serious offense.  I am writing on his behalf to provide you with some information that I hope you will consider in imposing his sentence.

Professionally, I am a Mathematics Specialist for the Public Schools of the Tarrytowns, for whom I have been employed for nineteen years.  I received my license from the State of New York after receiving my B.S. in Math and Sociology and M.S. in Education.  My interest in sociology was society's impact on the family unit; particularly teenagers.  Personally, I am a 55 year-old single parent who raised two sons and saw them continue their formal education at Georgetown and Johns Hopkins Universities.

For the past three years, I have been tutoring Don and Dalia's daughters, Sycamore and Gabirelle.  I spend approximately two to three hours per week in their home on both a professional and personal level.  I have observed a loving family headed by fiercely devoted parents.  They work tirelessly together to afford their children the best upbringing.  This is not easy as both girls possess disabilities that need consistent monitoring.  Gabirelle, the younger of the two, suffers from obsessive-compulsive disorder that is manifested through perseveration and loss anxiety.  She is very attached to both parents, and needs to be in constant communication with them to ease her distress.  For example, Gabirelle called her mother three times within an hour and one half while Dalia and I were at a café having coffee and dessert.  I have witnessed Don calling from the train ride home from work so that Gabirelle can be assured he is coming home. When Don's father passed away and Don was in Florida, Gabirelle was restless, irritable, and emotional, crying at times because she was unable to continue the structure both parents provide.  Don is largely responsible for Gabirelle's ability to overcome many of her impulses by providing emotional support and taking part in her many activities.  He has been her softball coach for many years, and never misses a dance or orchestra performance.  I know this because the family always invites me to their daughter's activities.  Lately, Gabirelle's emotional state has been very fragile, and I have noticed her anxiety is affecting her ability to focus on academics.

In over nineteen years as an educator, I experienced incidents where my instincts and the behavior of a child led me to suspect that the child was being abused or neglected.  In one case, I ultimately brought this matter up with the child, parents as well as legal authorities and was in the end proven correct.  I can tell you that it is my strong opinion that no such abuse or neglect has ever occurred from Don based on the three years I have observed the family. Don and Dalia are both strong supportive parents who would do anything to protect the safety and nurture the healthy growth of their daughters Sycamore and Gabirelle.

In September 2006, I was invited to participate in Sycamore's Bat Mitzvah Ceremony and was able to observe Sycamore in a situation that was outside of the routine.  She presented as a respectful young lady. She clearly had a substantial degree of appreciation to people in her environment.   Currently, Gabrielle is at the preparation stage of this stage in her life.  The family's insecurity about the future is clearly affecting their ability to make a solid decision of how to pursue this stage, which adds to the overall anxiety that Gabirelle may experience already.  This is a very strong factor that influences her current fragile self esteem.

● Page 2                                                                            June 18, 2007

Sycamore, their older daughter, also needs both parent's support and structure to control her Tourret's Disorder and Attention-Deficit Disorder. She is also very attached to Don and works out many of her difficulties while exercising with him. They used to start their mornings with a jog that provided Sycamore with a grounding for the rest of the day. She is very critical of herself and her emotions are a roller coaster. This past year, along with her disabilities, she is experiencing teenage angst. This brings Dalia in conflict with Sycamore. Both Dalia and Sycamore need Don as a cushion to assure that Sycamore will be successful and emotionally stable. Don and Sycamore share a dry humor which he uses to help diffuse tense mother-daughter situations and bring Sycamore back to reality. Don's absence at a time when Sycamore is entering high school would devastate her. She needs positive reinforcement and encouragement from her father to feel self worth.

Dalia and Don are devoted to each other and their family. Dalia and Don are well balanced. They are different in personality, but share the same goals. The family functions well together despite being geographically isolated from other relatives. Don has carried the guilt of his mother's death since her demise, and was very shaken by his father's accident and subsequent decisions. This put him into a depression that he repressed from his children, but hurt him greatly. Though Dalia works, Don takes responsibility as the primary income provider so that she will be available for the children. Don's loss of employment would financially cripple the family. I am concerned that should this occur, the lack of financial stability would strip the children of many of the activities they enjoy, compounding the disabilities they already bear.

Dalia and Don's compassion extends outside their family. I have had countless discussions with them about civic, national, and world events. I have tripped over more puppies than I can count that they have taken in as part of training for the Seeing Eyes for the Blind. They attended the Darfur rally in Washington against the genocide in Darfur. They support the state of Israel and have walked to support Israel in New York City. They are supporters of breast cancer research and actively participate in the raising of money and awareness for this cause.

Your Honor, please bear in mind what I have written. I am unsure that one parent could provide the ongoing support both children demand, especially if caused by a circumstance like this. I am also fearful that all the gains Dalia and Don have made with their children will be lost and the responsibility on Dalia will be overwhelming.

Due to situations in my life, I have had to raise two children alone because my ex-husband failed in every aspect as a father. I am personally aware of the negative effects that result from a child being away from his father. It would be a shame to inflict that pain on these two children when I know they have a capable, loving father.

Sincerely,

*Debra Galloway*

Debra Galloway
(914) 909-0372

# Continuing the Vision...
# Building Our Future

RABBI
Steven C. Kane

CANTOR
Jeffrey S. Shiovitz

EDUCATIONAL DIRECTOR
Roni Shapiro

EXECUTIVE DIRECTOR
Marge Wise

ADMINISTRATOR
Lora Wagner

PRESIDENT
Ronnie Myers

June 11, 2007

Honorable Charles L. Brieant
United States District Court
3000 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant,

My name is Steven Kane and I am the Rabbi at Congregation Sons of Israel in Briarcliff Manor, New York, where I have known the May family since they moved to Chappaqua and joined our congregation over five years ago.

I understand that Don May will be sentenced by you for possession of child pornography which I know is a very serious offense. I am writing on his behalf to provide you with some information that I hope you will consider in imposing his sentence.

Both Don and Dalia's daughters (Sycamore and Gabrielle) attend Hebrew school at our synagogue and I recently had the honor of presiding over their older daughter Sycamore's *Bat Mitzvah* in September of 2006. I hope to do the same when Gabrielle becomes a *Bat Mitzvah* in May of 2008.

The Mays are a very tight knit family mostly because they have no relatives nearby (it is only the four of them) and because both Don and Dalia are so devoted and supportive of their children and to each other. This is especially important because both Don and Dalia have highly demanding and stressful jobs and as their rabbi I have been made aware that their children both suffer from various disabilities. Sycamore has Tourette Syndrome, which is accompanied by Attention Deficit Disorder and Gabrielle has Obsessive Compulsive Disorder which makes her extremely anxious when away from her parents. However, both Don and Dalia have always been there for the children. Both girls have performed excellently in Hebrew and public school, extracurricular activities, and most importantly, the children are extremely loving and caring towards everyone.

This July Don and Dalia will celebrate their 25th wedding anniversary. Don attributes much of his ability to function under these current very stressful circumstances to the support and guidance of his wife and children who have suffered extremely as a result of his actions but who have learned from him and through his faith to be forgiving and supportive to all people and especially to those we dearly love.

The Mays moved to Chappaqua, specifically, at extreme financial expense resulting in a lower standard of living because they felt that it was one of the better places for their children to get a great public education. Their concern for their children's education extends to our synagogue. At Congregation Sons of Israel children are required to attend a certain amount of religious services in order to adequately prepare for their *Bat Mitzvah*. Parents will often drop their children off to attend these services while they pursue other activities. I have seen over the years though that Don has heeded the advice I give to all of our parents and has attended these services with his



# Congregation Sons of Israel

1666 Pleasantville Road • Briarcliff Manor • New York 10510 • 914-762-2700 • Fax: 914-941-3465 • www.csibriarcliff.org

children. I am certain this is because he felt his support and guidance was crucial to their continued love of Judaism and because of his desire to be a good role model.

In addition to our educational and religious requirements, we ask each child to contribute in a meaningful way with a "*mitzvah*" project for community service. Sycamore decided to pursue her *Bat Mitzvah* volunteer project by working for Guiding Eyes for the Blind, a program that helps raise Seeing Eye Dogs. I know that Don enthusiastically devoted much of his time to working with her and the rest of the family on this project. Even after Sycamore's required charitable work was completed, Don and the May family continued their volunteer work and are still actively involved in the Seeing Eye Dog program.

I know Don to be a very devoted, supportive, caring, and charitable father. He has shared with me that he regularly contributes between 3 and 5 percent of the family's income to various charitable causes, including our synagogue, Jewish causes and general charities. The family regularly contributes to our food and clothing drives, volunteers for our fund raising events/carnivals, and has joined us regularly at the Israel Day Parade. An additional example of their commitment to helping all people was their participation in a recent synagogue trip to Washington DC for a rally to stop the genocide in Darfur. Don gives his time as well as his financial support and is always there for his children when they need him.

I am privy to the fact that Don has had many difficulties in his life including a long history of depression, the recent suicide of his mother and unexpected death of his farther and drug abuse, along with his current legal situation for which he feels terrible guilt and shame. However, through the love and support of others, especially his family and community, coupled with his strong will to survive, he has persevered, working to overcome these challenges. It is my great hope that you have mercy on Don because his family desperately needs him, especially as his children reach adolescence and need his support and devotion more than ever. It is also my understanding that Gabrielle is especially attached to Don and would be devastated if she had limited contact with him and he could not attend her *Bat Mitzvah* in May of 2008. Our tradition is one of combining the attributes of justice and mercy as judgments are made in life. We pray for the possibility of repentance for our wrongly committed acts. Don has already suffered much by way of judgment, and I hope that you will grant a measure of mercy on this truly repentant father and husband.

I thank you for taking the time to read this letter.

Sincerely,

Rabbi Steven Kane

SCK/egj

May 8, 2007

Honorable Charles L. Brieant
United States District Court
3000 Quarropas Street
White Plains, New York 10601

Dear Judge Brieant

I understand that Don May will be sentenced by you for possession of child pornography
which I know is a very serious offense. I am writing on his behalf to provide you with
some information that I hope you will consider in imposing his sentence.

My name is Mark Weisser and I am a Financial Consultant at a well known brokerage
firm where I have been employed for the past 16 years. For the past five years I have
also been extensively involved in the Chappaqua girl's town and travel softball league
both as a coach and coordinator.

I met Don four years ago when he moved into Chappaqua and we were, by pure chance,
selected as co-coaches for our daughters (his younger and my older) 4th and 5th grade
girls' town softball team. Don volunteered to coach the team and I volunteered to be the
assistant coach and we had not known each other before then. Since the time we began
coaching we have always decided that given our compatible coaching philosophies we
would continue coaching together as we have for the next four years until this year when
Don could no longer coach due to his legal situation.

I have known Don to be extremely dedicated to his family and the growth and
development of all the girls on the team and the league. When he first started coaching
with me, he coached both his older daughter's team and our team while at the same time
beginning a new very demanding job. He told me it was very difficult but since both
girls very much wanted him to coach their teams but that he would make every effort to
fulfill these obligations. This year my younger daughter is old enough to play in a league
and I am now trying to do what Don did for three years. Having just started trying to
coach both teams and work at a demanding job I now really appreciate Don's dedication
and support of his daughters in having done this for so many years. Coaching one team is
hard enough but having the dedication to coach both daughters' teams while working full
time is truly remarkable.

Don and I got along so well because we have exactly the same philosophy about
coaching and we realized it the moment we first met. That is, it was not about winning or
losing but building skills, confidence, character, and teamwork and a love for team sports
such as softball.

One of the most difficult tasks we had building confidence in the girls we worked with
was that many of them never played the game before. In fact many of them had never
picked up a bat, ball, or a mitt prior to signing up for the team. In particular pitching was

the one thing most of the girls were terrified of doing because they were put in the spotlight and strikes are not easy to throw at this (or any) age. I remember Don telling me that one of the biggest achievements he had with his older girls team (5th and 6th graders) was that in the beginning of the year only one or two girls out of 14 was willing to pitch, but by the end of the year he got all of them willing to and excited about pitching. He told me it was remarkable "they started the year afraid to even try something new but by the end of the year they were all quite good at it and demanding to give it a try". This he said was a true accomplishment that no winning or losing record can ever record.

Don has always been very caring and supportive of all the girls on his or even opposing teams. He has never berated them and has always given them the positive and supporting point of view in any of the success or failures they have encountered. My favorite part of coaching with Don was that he not only handled the kids in a very supportive way but, was able to deal with the parents and even other coaches who did not always share our values of sportsmanship and the building of character and confidence. There was one incident when a coach behaved so badly and Don handled it so well, that the same coach later wrote an email to our entire team and the league apologizing for his behavior and recognizing the sportsmanship and great manner in which Don resolved the very tense situation.

Don has been a great inspiration to all the players and his enthusiasm and supporting attitude has been very much admired by all the girls he has coached. We always, draw teams by lottery, but when any girl gets to be on Don's team the following year they are always very happy because they know he will always support them and give them many opportunities to succeed.

One of Don's biggest disappointments was when he could not make one of the games because of work commitments and during that game his team made a triple play. When he found out about this at the following game he told the girls how proud he was of them and how it took some real teamwork to do something that amazing. He told them that such a feat is so rare even in professional baseball and he was particularly proud of the fact that it took a team effort to achieve.

Finally, since we coached the town league, there are girls of various skill levels some of which play travel softball and are of much higher ability than others. Since this was a town league and our goal was to build confidence and teamwork, we often gave those girls that were less skilled the most important positions and roles on the team. Of course this meant sacrificing wins but gaining a team atmosphere and allowing all the players to grow and build the skills and confidence we felt was more important than wins and losses. Don was always most satisfied when a girl who lacked confidence in a certain role overcame her fears and performed that role with great enthusiasm and ultimately grew to be confident. He knew that this experience would benefit every girl way beyond their softball playing days. One great example of this is the way he would make the line up for our team.

Don used a spread sheet and his mathematical mind to insure that every girl got rotated sufficiently in each game such that they all had a chance to play every possible position and bat in every possible spot. That is, he worked very hard to make sure that all the girls got a fair chance to do everything possible on the field and at bat.

It has truly been my pleasure to work with Don as a coach of the girl's softball league as we have both learned how important it is to be supportive and caring through our efforts. I truly believe Don is of very high moral character, extremely kind, an exceptionally devoted father and husband and I hope you will take this into account as you impose your sentence.

Sincerely,

Mark Weisser

CATHRYN PATRICOLA
227 BOULDER RIDGE ROAD
SCARSDALE, NY 10583

Honorable Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, NY 10601

May 16, 2007

Dear Judge Brieant,

As the judge presiding over Don May's admission to federal court charges, I am writing to you on behalf of his family in hope that you will kindly take this letter into consideration and be merciful in your sentence of his offense. Working alongside his wife, Dr. Dalia May, as a School Psychologist, I understand the impact that these actions have both on the individual committing the actions and on their committed family members.

I have known the May family for several years now, having worked with Dalia on many projects inside and outside of school, and having celebrated with them following a colleague's dissertation defense and at their daughter Sycamore's Bat Mitzvah. This has led me to get to know Dalia very well and to interact with Don and Dalia's daughters when visiting their home. Don's presence at our colleague's graduation party was a welcome one, showing a clear sign of how much he respects Dalia's work and her relationships with her fellow staff members and friends. To then be invited as one of the few trusted colleagues to celebrate Sycamore's Bat Mitzvah was a sign of their welcoming me into their family. In these two situations, I could clearly see a loving and well connected family who had a lot of affection and caring for one another. With having extended family either lost to recent death or living outside the country, it is a family that has needed to find support in one another. It is a kind of support that has been successful in keeping them thriving as individuals and as a family unit.

In my time as a middle school psychologist, I cannot even recount the number of times that I have been working with Dalia in her office and have heard the phone calls that come in to her from her family members for advice, scheduling of activities, and other family related matters. Both Dalia and Don appear to support their children with the utmost of care, which is even more critical for daughters of Sycamore's and Gaby's age. It is a time in their life when the greatest of their difficulties can be brought so close to the surface and impact their functioning negatively if not consistently taken care of. With Gaby's considerable anxiety about change and Sycamore's diagnosis of Tourett's and Attention Deficit Disorder, I am concerned that their functioning may reach a degree of variability at a level greater than the average adolescent. They certainly have come to rely on their father for financial stability and involvement in their schooling and extracurricular activities. Having a parent away from their stable home for any extended period of time can be devastating to two charming young ladies.

However, my greatest concern is for my friend and colleague, Dalia, who has shown great commitment to her job and, specifically, to the students with whom she works. Having worked as a School Psychologist for the past eight years, primarily with students of Sycamore's and Gaby's age, I can attest to the isolating nature of the job – one which several constituencies (i.e., students, school staff, and parents) look to you for constant support and advice. When not at your top level of functioning, it can be extremely frustrating to see that your efforts in helping others are not always successful due to their interferences and to know that you will not likely see the same level of support in return that you give to others. Knowing Dalia as well as I do as a psychologist, I know how much she will try to hold as much as she can together in the presence of others in order to be strong and available to others. As a mother, I see her very available to her family; however, this will also change significantly with an extended absence of her husband. The ramifications could include many changes that will leave Dalia less available to her family, as it may be necessary for her to be the primary source of financial support to her family, and more emotionally taxed. In our profession, that can lead to a high level of burnout, which leaves many children under

Dalia's care without the support to which they have become accustomed. Knowing Dalia, I know that it will also leave Dalia feeling unfulfilled and as though she is not giving enough of herself for others – those in her family and those dependent on her in her job.

In stating all of this, I wish to implore once again for leniency in the sentence given to Don. I am left wondering if this is a case of an unfortunate incident which occurred due to not having his network of support around him in a very trying time – i.e., being responsible for a life changing event and subsequently experiencing the loss of his second parent. Therefore, I thank you for your time and consideration of this letter. I hope that it will be helpful in showing support for all of the May family members and leading them toward a time of recovery rather than loss.

Sincerely,

Cathryn Patricola, PhD