


Exhibit D

Case 7:07-cr-00316-CLB-LMS    Document 32-5    Filed 07/24/2007    Page 1 of 15



# Sensei Enterprises, Inc
3975 University Dr., Suite 225, Fairfax, Virginia 22030
703.359.0700 (phone) 703.359.8434 (fax)
www.senseient.com

22 June 2007

Henry Putzel, III
565 Fifth Avenue
New York, NY 10017-2413

Re: Don May

Dear Mr. Putzel,

As you know, I was able to review the electronic evidence for Mr. May's laptop computer at the ICE offices on June 4-5, 2007. Doing an on-site analysis limits the amount of review since searches and other routines may take a tremendous amount of time to return results. Therefore, I limited my efforts to those pieces of information that could be thoroughly analyzed within my two day visit. Also, I want to report that the agents were very professional and courteous during my visit to New York.

As an overall observation, the computer does not represent the activity of a pedophile. In eight years as a computer forensics examiner, I have done many examinations of the computers of pedophiles and am familiar with their pattern of conduct as reflected in the computers I have examined. I am very comfortable asserting that this computer was not the computer of a pedophile. In my experience, a computer of a pedophile is very organized, with a hierarchy in the folder structure that "classifies" the types of images or videos. There is no such organization on Mr. May's laptop. Further, the bulk of these images were downloaded during a discrete time in November and December of 2005. This does not appear to have been a long term activity. In addition, a pedophile will perform Internet searches and actively seek out child pornography. There is no evidence of this type of activity on Mr. May's laptop.

### Images and Videos
As you are aware, ICE used FTK (Forensic Toolkit) to analyze the computer forensic image of Mr. May's laptop. They then provided an FTK report that specifically identified 37 image files and 147 video files as being child pornography. All of these files are located in the /MPG/LOL/ folder under 'My Documents' for the user ID of Don. Having all of these files located in a single folder is not at all characteristic of a pedophile as they would tend to have many, many subfolders for organization.

By my understanding, Mr. May has acknowledged that the images he possessed on the computer represented child pornography, and I have confirmed this fact from a visual examination of the

subject files. It is notable, however, that as a technical matter some of the files could only be identified as suspect child pornography according to their "hash values" (a form of "electronic fingerprint" for the file) and others are "borderline" child pornography in the sense that the subjects could arguably be of legal age. Significantly, most of the images were placed on the computer over the course of a few days (based on file creation date). This does not appear to be a chronic activity.

### File Access
Generally, Windows updates the "file access time" whenever a particular file is opened, either by the user or sometimes by some systematic event (such as a virus scan). Once the "file access time" is updated on the computer, it is impossible to determine any of the previous access dates, as only one access date is maintained by the operating system. Therefore, it is impossible to determine any of the specific times that a person may have viewed any of the subject files after the file was first created on the computer, and it is very difficult to determine from the file access time if a human being actually viewed a file at all. In this case, the FTK report shows that a very large number of the files have access times on either June 30, 2006, July 19, 2006 or August 22, 2006 at times that are either identical or within seconds of each other. The common access times are indicative of a systematic event, such as a virus scan, rather than of access by a human user. It is physically impossible for a human being to access multiple files simultaneously, as is indicated by the last access times on these files. Thus, all the files accessed at near identical times might well have been accessed by a computer function, not by a human being.

### Internet Activity
As previously mentioned a pedophile performs searches on the Internet and actively seeks to obtain child pornography. There is no evidence of any such searches on Mr. May's laptop. In fact, the searches are rather benign. There are searches for such terms as 'nexus botanic oil,' 'pwd breeder information,' 'dog obedience camp,' 'women's soccer trading cards,' 'live music in new york' and 'ski lodge deals in Austria.' These are just examples of the types of search activity that is present in the evidence. On the computers of pedophiles, I see clear examples of searches for such things as "child sex" "child rape" "little girls nude" and the like. No such searches exist on Mr. May's laptop.

### Summary
In summary, the computer evidence is not indicative of the actions of a pedophile. In addition, there was no evidence of active searching for child pornography. The near instantaneous access times for a large amount of the files are not indicative of human activity and are indicative of some systematic event.

Please let me know if you need clarification or have any further questions.

Very truly yours,

John W. Simek
Vice President
Sensei Enterprises, Inc.

## *John W. Simek*
**Vice President**
**Sensei Enterprises, Inc.**
3975 University Drive
Suite 225
Fairfax, VA 22030
(703) 359-0700 (O)
(703) 359-8434 (F)
jsimek@senseient.com (e-mail)

---

**Certifications/Credentials: EnCase Certified Examiner (EnCE), Certified Handheld Examiner, Certified Novell Engineer, Microsoft Certified Professional + Internet, Microsoft Certified Systems Engineer, NT Certified Independent Professional and a Certified Internetwork Professional. Member, High Tech Crime Network, American Bar Association, Boyd-Graves Conference E-Discovery Subcommittee, ABA TECHSHOW 2008 Planning Board and International Information Systems Forensics Association**

---

For over 25 years, Mr. Simek has been involved with commercial distribution and sales processes in addition to the implementation of computer systems to support the manufacture and distribution of goods and design of integrated systems. In his tenure with Mobil Oil Corporation, he was part of the Operations organization, which has responsibility for the refining, distribution, accounting, agency reporting, inventory management and delivery of lubricant and fuel products. Additional assignments in the Engineering and Financial Planning organizations addressed multi-million dollar projects and financial reporting requirements. Later in his career, his involvement included analysis, design, implementation, and troubleshooting of computer applications (concentrating in client/server and networks) to automate and facilitate the previously mentioned responsibilities. Following his Mobil career, he became the Vice President of Sensei Enterprises, Inc. in 1997, where he concentrates in legal technology, expert witnessing, computer forensics, electronic evidence and data recovery. Mr. Simek is a co-author of the following books: <u>Information Security for Lawyers & Law Firms</u> (2006, ABA Publishing) and <u>Electronic Evidence and Discovery Handbook: Forms, Checklists & Guidelines</u> (2006, ABA Publishing).

**Qualified as an expert or appointed by the court as an expert in the following courts:**

Fairfax County Circuit Court (VA)
Fairfax County General District Court (VA)
Fairfax County Juvenile and Domestic Relations Court (VA)
County of Albemarle Juvenile and Domestic Relations Court (VA)
County of Albemarle Circuit Court (VA)
Arlington County Circuit Court (VA)
Loudoun County Circuit Court (VA)

Prince William Circuit Court (VA)
Prince William Juvenile and Domestic Relations Court (VA)
19th Judicial District in and for the Parish of East Baton Rouge (LA)
Venango County Court of Common Pleas (PA)
State of Connecticut Superior Court
Superior Court of California - County of Los Angeles
U.S. District Court, Eastern District of Virginia
U.S. District Court, Western District of Virginia
United States District Court for the District of Columbia
U.S. Bankruptcy Court, Maryland
U.S. Air Force Trial Judiciary, Eastern Circuit
U.S. Marine Corps, Atlantic Judicial Circuit

**Representative recent work:**

- Testified as an expert (in computer forensics) in *State of Louisiana v. John Mickelson* (2006, Baton Rouge, LA), in a case involving alleged possession and distribution of child pornography. Defendant found not guilty on all counts.

- Expert witness. (2006 Fairfax County, VA) *Wagner v. Wagner.* A divorce proceeding. Case involving alleged adultery and dissipation of assets. Forensic analysis was performed and deposition taken.

- Testified as an expert (in computer forensics) in *Commonwealth v. N.B.B.* (An age 13 Juvenile, name withheld by order of Judge) (2006, Charlottesville, VA). Defendant found not guilty.

- Consulted as an expert (in computer forensics) in *U.S. v. MSgt. Rory L. Piermattei* (2006, McGuire AFB, NJ). Case involving alleged possession of child pornography. Defendant found not guilty.

- Testified as an expert (in computer forensics) in *Feord v. Feord* (2006, Fairfax, VA). Explained the process of forensic imaging and chain of custody.

- Testified as an expert (in computer forensics) in a sealed case involving a juvenile. (2006, Charlottesville, VA)

- Testified as an expert (computer forensics) in *U.S. v. Nunes* (2006, Quantico, VA). Case involving child pornography and solicitation of a minor.

- Telephone testimony as an expert (computer forensics) in *Commonwealth v. Hewston.* (2006, Venango County, PA) Case involving child pornography and real versus artificial images.

- Expert witness (computer forensics) in *Bulletin News Network, Inc. v. Briefings, Inc., et al.* (2006, Fairfax, VA). Case involving alleged theft of proprietary information. Forensic analysis was performed and deposition taken. Case settled.

- Testified as an expert (computer forensics) in *Jackson et al. v. ComputerXpress* et al. (2006, Superior Court, Los Angeles, California). Case involving fraud and defemation. Testified on behalf of plaintiff. No objections or cross examination by defense. Ruling in favor of plaintiff.

- Expert witness (computer forensics) in *American LaFrance Corporation, et al. v. Elite Power Products Corp., et al.* (2005, Shawano, WI). Case involving alleged theft of proprietary information and falsification of evidence. Forensic analysis was performed and deposition taken. The case settled the following week.

- Requested by judge in *Gerner et al. v. Applied Industrial Materials Corporation et al.* (2004, Superior Court, Stamford, Connecticut) to participate in bench conference rather than taking the stand as an expert. Explained the process of computer forensic acquisition and performing a "preview" of the evidence. Court determined that a "sampling" of evidence should be performed, pending a determination of whether a full scale forensic acquisition was required. The sampling revealed more than 900 instances of proprietary information on Defendants computers. Testified as an expert (computer forensics) in subsequent trial. Jury awarded damages to plaintiff.

- Testified as an expert (computer forensics) in *Hart v. Hart* (2004, Loudon County Circuit Court) a divorce proceeding. Case involving the posting of nude images on the Internet and usage of Internet anonymizers.

- Testified as an expert (computer forensics) in *United States v. A1C Kevin Mead* (2004, United States Air Force Trial Judiciary, Eastern Circuit), a matter involving possession of child pornography. Defendant found guilty.

- Testified as an expert (computer and networking) in *Commonwealth of Virginia v. Jeremy Jaynes, Richard Rutkowski & Jessica Degroot* (2004, Loudon County Circuit Court, VA) in preliminary hearing. The case was the first test of Virginia's Anti-Spam law. Testimony included explaining how the Internet operates, specifically as it relates to e-mail communication. Two defendants found guilty (one verdict later overturned by the trial judge) and one acquitted. Appeal is pending.

- Testified as an expert (electronic evidence/e-mail origination analysis) in *Miller v. Miller* (Prince William Juvenile and Domestic Relations Court, 2004), a stalking/harassment case.

- Testified as an expert (computer forensics) in the U.S. District Court for the District of Columbia (2004) in *U.S. v. Perry*, in which the defendant allegedly

gained unauthorized access to the computer network of the EPA and caused damages. Analysis showed remote access consistent with network logs. Defendant found guilty.

- Retained by the United States Senate to perform internal computer forensics acquisition and analysis in connection with litigation by former Senate employees against the Senate (2003).

- Testified as an expert witness (computer forensics) in a jury trial in *Commonwealth v. Helem* (Fairfax County Circuit Court, 2003), a murder case in which the defendant was charged with strangling a woman, but all evidence was circumstantial. Sensei was provided with an image of the victim's computer for forensic analysis. Findings indicated a cursory analysis of the victim's machine by law enforcement and failure to identify relevant peripheral equipment, including a scanner and a digital camera. Supplemental information was turned over to defense counsel. The first trial resulted in a hung jury. The second trial resulted in a mistrial. Testified in the third trial as to Internet activity on the night of death. Jury found defendant guilty in third trial.

- Testified as a fact witness (attorney neglected to make timely designation of expert) in *Human Resources Institute v. Federal Training Academy* (Fairfax County Circuit Court, 2003), a case involving the alleged use of spyware to gain access to proprietary data of HRI. Deposition taken. Testified to the existence of spyware on a home machine belonging to an HRI executive.

- Testified as an expert witness (computer forensics) in the Circuit Court for Prince William County (2003) in *Coolbaugh v. Coolbaugh* to search a hard drive for evidence of adultery. Judge found that adultery had been committed.

- Testified as an expert witness (computer forensics) in *Manley v. Wislocki* (Fairfax Juvenile and Domestic Relations Court, 2003), a case in which the husband's alcoholism and obsessive visiting of extreme pornographic sites, was in issue. The court ordered the husband to participate in a parenting program, to get an alcoholism evaluation, to cooperate with a therapist and to have limited visitation subject to the court's further review over time.

- Appointed by the U.S. Bankruptcy Court, Maryland (2003) to do the computer forensics in the involuntary bankruptcy proceeding of FirstPay, Inc., a payroll service company which allegedly failed to pay millions of dollars in taxes to the IRS on behalf of its clients.

- Testified as an expert witness (computer forensics) in Arlington County Circuit Court in *Heining v. Heining*, a divorce case in which forensic analysis of the evidence indicated possible spoliation (2003).

- Retained by defense counsel in *U.S. v. Ebersole* (E.D.V.A. 2003), a case in which the government charged the defendant with multiple counts of fraud, one of which involved the alleged en masse falsification of electronic records evidencing the certification of drug/bomb-sniffing dogs. Forensic analysis revealed that the electronic evidence as to this one count was consistent with defendant's claim that he copied records from an old computer to a new one and worked off a template. This aspect of the evidence was not challenged by the government at court. The defendant was found guilty on multiple counts and the case is on appeal. Defendant was convicted of 25 counts of wire fraud and two counts of presenting false claims to the government. The circuit court affirmed the convictions and remanded the case to district court for resentencing.

- Performed the initial computer forensics (acquisition and analysis) in the Washington Teachers' Union (WTU) case (2002). The evidence indicated that top union officials had misappropriated more than $5 million dollars in union funds. The American Federation of Teachers (the parent union) has taken over the WTU. Several of the identified participants entered into plea agreements

- Expert witness (networking) against the FBI expert's in *U.S. v. Gray* (the issue was whether the FBI's search of a hard drive was consistent with its warrant or exceeded its scope). This case (E.D.V.A., 1999) is now taught at the FBI Academy.

- Expert witness (computer forensics) in *Praisner v. Daigler* (2003, Fairfax County Circuit Court), a child custody case involving alleged e-mail forgery. Indicia of forgery sufficient to warrant seizure and examination of computer. The findings indicated that the father had forged e-mail to himself purporting to be from the wife. Full custody was transferred from the husband to the wife.

- Expert witness (systems integration/networking) in *Caudill Seed v. Prophet 21* (2001, breach of contract by a major software developer involving the adequacy of their distribution industry software). Expert report filed and video deposition taken, after which the case settled.

- Non-testifying expert (software evaluation) in *Impact Imaging, Inc. v. eCom eCom.com, Inc.* (2002, breach of contract case involving a determination of whether the graphic compression software provided by Impact met business standards of being an acceptable alpha product).

- Forensic consulting for Prudential Securities, Inc. (2002) in a case involving allegations that three stockbrokers violated their employment contracts by removing proprietary information from Prudential's information sources and by contacting Prudential's clients in an attempt to transfer their business to the stockbrokers' new firm. Three laptops and three Palm Pilots were acquired and analyzed. After submission of the electronic evidence, the case settled.

## **Professional Experience**

**Sensei Enterprises, Inc.**  1997-Present
Fairfax, Virginia
*Vice President. Computer forensics, expert testimony, data recovery, computer consulting, network design and configuration, systems integration, software application development, web site design, representing over 150 Northern Virginia law firms and corporations.*

**Mobil Business Resources Corporation/Global Information**  1996-1999
**Services**
Fairfax, Virginia
*Engineering & Design Consultant. Responsible for support and implementation of all infrastructure components for a North and South American common computing system. Concentrations in telecommunications and integrated systems implementations.*

**Mobil Oil Corporation/USF&IS Technical Services**  1992-1996
Fairfax, Virginia
*Telecommunications Consultant. Recommended, designed and implemented communications technologies and strategies for voice and data requirements. Concentration in client/server infrastructure including LAN/WAN, micro/mini-computers, hubs, routers, switching technology and end-to-end management.*

**Mobil Oil Corporation/USM&R SCS**  1988-1992
Fairfax, Virginia
*Core Systems Manager/Systems Consultant. Managed 9 professionals in the core systems organization. Responsible for support and implementation of mainframe operational system for distribution and invoicing of petroleum products. Voice response, process control and linear programming techniques utilized in the core systems.*

**Mobil Oil Corporation**  1979-1988
VA, PA, NY, MA, NJ
*Various staff and field positions to include Financial Analyst, Light Product System Supervisor/Capital Analyst, Facilities Analyst/Supply Analyst, Field Engineer/Maintenance Supervisor, Terminal Supervisor, Terminal Foreman, Operating Analyst.*

# **Publications**

➢ Co-Author, <u>Information Security for Lawyers & Law Firms</u> (2006, ABA Publishing) and <u>Electronic Evidence and Discovery Handbook: Forms, Checklists & Guidelines</u> (2006, ABA Publishing)

➢ Co-Editor, *Bytes in Brief,* 1997-present (an electronic law and technology newsletter)

➢ Co-Author, *Hot Buttons* column, published monthly in the ABA Magazine: *Law Practice*

Co-author of various articles published in *ABA Family Advocate, The Academy of Florida Trial Lawyers Journal, The Advocate: Arizona Trial Lawyers Association, The American Car Association/TIPS Civil Procedure, Arkansas Trial Lawyers' Association Docket, Atlantic Coast In-House, The Colorado Lawyer, Consumer Attorneys of California, The Corporate Lawyer, The Docket, Environmental Systems Update, eTECHnews, Evidence Committee Newsletter, The Fairfax Bar Journal, The Fee Simple: The Newsletter of the Virginia State Bar Real Property Section, The General Counsel Roundtable, Glasser's Electronic Filing Newsletter, GP/SOLO, In-House Counsel, The Internet Lawyer, Law Office Computing, Law Practice Today (American Bar Association), Legal Assistant Today, Legal Management, Louisiana Advocate, Michigan Bar Journal, The Michigan Defense Quarterly, Michigan Lawyers Weekly, The Nebraska Lawyer, The Nevada Lawyer, The Nevada Trial Lawyers Association Advocate, The New Hampshire Bar News, The New Jersey Lawyer, New Mexico Trial Lawyers Journal, The Newsletter of the Virginia State Bar Real Property Section, The Promulgator, The Ohio Association of Civil Trial Attorneys Newsletter, The Ohio Lawyer, Ohio Trial, Ohio Lawyers Weekly, Oregon State Bar Bulletin, The Pennsylvania Lawyer Magazine, The Promulgator and Tort Trends, The Tennessee Bar Journal, Texas Bar Journal, Texas Criminal Defense Lawyers Association, Trial Bar News, Trial News: Washington State Trial Lawyers Association, Trial Talk: Colorado Trial Lawyers Association, The Vermont Bar Journal, The Virginia Lawyer, Virginia Lawyers Weekly, The Wisconsin Lawyer, The Wisconsin Law Journal, Wyoming Lawyer*

➢ Articles published in the last ten years include the following:

- *Ghostbusters: Who You Gonna Call*
- *Smoke and Mirrors: Fabrication and Alteration of Electronic Evidence*
- *No Longer Over the Horizon: Vista is at the Door*
- *Lawyering in the 21st Century: The Technology That You Need Now*
- *Electronic Evidence Best Practices*
- *Cyberinsursance: Data coverage can save your firm from disaster*

Case 7:07-cr-00316-CLB-LMS    Document 32-5    Filed 07/24/2007    Page 11 of 15

- *Countdown to Zero: The New Federal Rules of Civil Procedure*
- *Electronic Discovery Comes of Age: The Fulbright Jaworski Study*
- *Metadata: What You Can't See Can Hurt You*
- *D'Oh! The Dumb Things Lawyers Do With E-Mail*
- *Spoliation of Electronic Evidence: This Way Be Dragons*
- *Cool Technology for Hot Lawyers*
- *Cyberinsurance: Singin in the Rain*
- *Held Hostage by Technology? Get Unwired!*
- *Computer Forensics: An Attorney's Primer*
- *The ABA TechShow Survival Guide*
- *Security on the Go*
- *Status Report: Electronic Filing in the Federal Courts 2006*
- *Unified Threat Management: To Dream the Impossible Dream?*
- *Disaster Preparedness: What's Reasonable?*
- *Spy v. Spy: Electronic Snooping by Husbands, Wives and Lovers*
- *E-mail Management: Taming the Hydra*
- *Finding Wyatt Earp: Your Computer Forensic Expert*
- *Three Strikes and You're Out: Judges Talk About Courtroom Technology*
- *Spyware: When You Look at Your Computer, Is It Looking Back at You?*
- *Drafting Electronic Evidence Protocols: Staying Out of the Briar Patch*
- *Battening Down the Hatches: Security for Small and Mid-size Law Firms*
- *Computer Forensics for Legal Support Staff*
- *Status Report: Electronic Filing in the Federal Courts: 2004*
- *Electronic Evidence: Is it Better to Give or Receive?*
- *Document Retention Policies*
- *Lawyers Inch Their Way Toward a Paperless Practice: May I Have My Electronic Discovery in Paper, Please?*
- *Wireless Security for Law Firms*
- *Electronic Evidence: The Ten Commandments*
- *Canning Spam: Unclogging Law Firm Mailboxes*
- *Shackled to Microsoft: What It Means to the Legal Profession*
- *Bringing the Bench and Bar Online*
- *Status Report: Electronic Filing in the Federal Courts - 2002*

- *Law Office Security: Building the Castle Moat*
- *Takedowns: Legendary Successes in Computer Forensics*
- *Disgruntled Employees in Your Law Firm: The Enemy Within*
- *The Bailiwick Inn: Everything But a Ghost*
- *Finding and Securing Electronic Evidence*
- *Mel Gibson Proves You Should be Wary of Electronic Evidence*
- *Big Brother is Watching: Monitoring and Filtering Employees' E-Mail Use*
- *The Scourge of NIMDA*
- *ASPs: Why Lawyers Should Beware Their Bite*
- *House of Horrors: Moving Your Law Firm*
- *The Internet at Warp Speed*
- *Floods, Fires and Firebombs: Can Your Law Office Recover From Disaster?*
- *Golden Geese That Lay Brown Eggs: The Importance of Electronic Marketing*
- *Attorney Disciplinary Records Online*
- *Judicial Evaluations Online: Nuts and Bolts*
- *Legal Road Warriors Come of Age: Remote Access Solutions*
- *Electronic Filing: Using Technology to Balance the Competing Rights of Public Access and Privacy*
- *Special Report: The Seventh Annual Court Technology Conference*
- *Electronic Filing in the Federal Courts: 2001*
- *The State of Electronic Filing in the States: 2001*
- *E-Filing Primer*
- *Hacked: Court Web Sites Under Assault*
- *Electronic Discovery: What Dangers Lurk in the Virtual Abyss?"*
- *Law Firm Y2K Problems: A Quick Thumbnail View*
- *Smoke & Mirrors: The Fabrication & Alteration of Electronic Evidence*

# **Seminars and Presentations**

Mr. Simek, in conjunction with Ms. Nelson, Sensei's President, is a frequent speaker for such groups as the American Bar Association, American Lawyer Media, American Records Management Association, the Air Force Defense Counsel, the Alaska State Bar Association, the Community Associations Institute, the Fairfax Bar Association, the Fourth Circuit Judicial Conference, George Mason University, the Georgia Institute of Continuing Legal Education, Girl Scouts of the Nation's Capitol, the International Judiciary Academy, the National Capital Area Paralegal Association, the National Association of Bar Related Insurance Companies, the National Association of Regulatory Utility Commissioners, North Carolina Bar Association, the Oklahoma State Bar, the Private Investigators Association of Virginia, the Pennsylvania Bar Institute, the South Carolina Bar Association, the University of Rhode Island, the Virginia Bar Association, the Virginia Circuit Court Clerk's Association, Virginia CLE, the Virginia Coalition for Open Government, the Virginia Electronic Commerce Technology Center, the Virginia Local Government Management Association, the Virginia State Bar, Virginia Tech, the Virginia Trial Lawyers Association and the West Virginia Bar Association.

- *Smoke and Mirrors: The Fabrication and Alteration of Electronic Evidence*
- *Safe Inside and Out: Designing a Secure Network in a Dangerous World*
- *Countdown to Zero: The New Federal Rules of Civil Procedure*
- *Electronic Evidence: Sherlock Holmes Goes Digital*
- *Cool Technology for Hot Lawyers*
- *Cool Technology for Bar Presidents*
- *Threat and Response: Real Security and Practice Protection Stories*
- *Paranoia Justified: Unified Threat Management for Your Law Practice and Fact and Fiction*
- *Electronic Discovery in Everyday Cases*
- *Spy v. Spy: Spyware in Divorce Cases*
- *Document Retention: Limiting Client Risk Today in E-Discovery Tomorrow*
- *The Sky Has Fallen! Disaster Recovery*
- *Advanced Networking: Advancing Cautiously Through the Labyrinth*
- *Where Worlds Collide: Computer Security and Ethics*
- *Computer Forensics For Paralegals*
- *Electronic Discovery Toolkit*
- *Canning Spam and E-mail Triage*
- *SANs, NAS and Other High-end Networking & Storage Solutions*
- *Computer Forensics: A Primer for Lawyers*
- *Security Demons and How to Exorcise Them*

- *The Smoking Guns of Electronic Evidence: Wielding the Guns and Dodging the Bullets*
- *The Secrets Your Computer Can Tell: Electronic Data Discovery*
- *Computer Forensics: A Guide for Lawyers*
- *Cyberterrorism*
- *The Fabrication/Alteration of Electronic Evidence: Mel Gibson Demonstrates*
- *Electronic Filing in Courts and Agencies: Wins, Losses and Draws*
- *Virus Writing and Web Site Hacking*
- *E-filing: Balancing Privacy Rights and Public Access Rights*
- *30 Fun Legal Sites in 30 Minutes*
- *Digital Signatures and Encryption*
- *Electronic Evidence: Getting It and Using It*
- *Network Security*
- *Electronic Briefs*
- *Microsoft Word for Lawyers*
- *Electronic Marketing for Lawyers*
- *Legal Research on the Net*
- *Students on the Net: Protecting Them and Prosecuting Them*
- *Net Law 2002: Current Developments*
- *E-Commerce: Legal Pitfalls for the Unwary*
- *Office Management for Small Law Firms: Technology Issues*
- *Hot Issues in Law Office Technology: High Speed Internet Access and Remote Access*
- *Electronic Commerce: Legal Fundamentals*
- *A Lawyer's Guide to the Tech Side of the Net*
- *Technology in the Law Office: Making Logical Transitions: The Process and the Nuts and Bolts*
- *Legal and Business Web Sites: A Primer*
- *Disgruntled Employees in the Electronic Workplace: The Enemy Within*

# Education

| | |
|---|---|
| **Paraben Corporation**<br>Orem, UT<br>*Certified Handheld Examiner* | 2007 |
| **Guidance Software**<br>Pasadena, California<br>*Encase Certified Examiner (EnCE)* | 2002, 2004, 2006 |
| **Lanop**<br>Jeffersonville, New York<br>*NT Certified Independent Professional* | 2000 |
| **Learning Tree International**<br>Reston, VA<br>*Certified Internetwork Professional* | 1996 |
| **Novell, Incorporated**<br>Provo, Utah<br>*Certified Netware Engineer* | 1994-2000 |
| **Microsoft**<br>Redmond, Washington<br>*Microsoft Certified Professional + Internet*<br>*Microsoft Certified Systems Engineer* | 1998 |
| **Saint Joseph's University**<br>Philadelphia, Pennsylvania<br>*Master of Business Administration, Finance.* | 1985-1987 |
| **United Sates Merchant Marine Academy**<br>Kings Point, New York<br>*Bachelor of Science, Marine Engineering with honors.* | 1973-1977 |