UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,

              - against -

DON MAY,

                              Defendants.

------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Cr. 316  (CLB) (LMS

The above entitled action is referred to the Hon. Lisa Margaret Smith, United States Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

         If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Focus Jury Selection

___   Habeas Corpus

___   Social Security

_____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

         Purpose:_____

_____

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

**_X_  Bail Review**

* Do not check if already referred for general pretrial.

DATED:   White Plains, New York
              August 9, 2007

**SO ORDERED.**

*Charles L. Brieant*

United States District Judge